UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LYNDELL JONES ET AL | CIVIL ACTION NO. 23-cv-241 |
| VERSUS | JUDGE DONALD E. WALTER |
| ANDY CROWLEY ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Defendants, who have the burden of establishing diversity jurisdiction, have filed a notice of removal and Diversity Disclosure Statement. The facts set forth in the filings appear satisfactory except for the allegations regarding the citizenship of HPC Industrial Services, LLC.

HPC alleges that "[a]t the time of the incident, HPC Industrial Services, LLC's sole member is Aquilex, LLC …." And Aquilex's "members as of the date of removal are Eric Dugas, Rebecca Underwood, Robert Speights, Greg Malerbi, Dan Janis and Michael McDonald, all of whom are citizens of the state of Massachusetts."

"In cases removed from state court, diversity of citizenship must exist both at the time of filing in state court and at the time of removal to federal court." Coury v. Prot, 85 F.3d 244, 249 (5th Cir. 1996). Thus, the court needs to know the member(s) of HPC at those times, not on the date of the incident. And, if Aquilex was a member at those times, HPC needs to allege the identity and citizenship of Aquilex's members on the date of removal *and* on the date suit was filed in state court.

Defendants are allowed until **March 20, 2023** to file an Amended Diversity Disclosure Statement and attempt to meet their burden of presenting facts that will allow the case to remain in federal court.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 10th day of March, 2023.

Mark L. Hornsby
U.S. Magistrate Judge